An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

BHANUPRASAD M. JOSHI,
Appellant,
vs.
WELLS FARGO BANK,
Respondent.

No. 62607

**FILED**

AUG 1 6 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _R. Malone_
DEPUTY CLERK

### ORDER DISMISSING APPEAL

Pursuant to the parties' August 13, 2013, stipulation, this appeal is hereby dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _Harriet_

cc: Hon. Kathleen E. Delaney, District Judge
Legal Aid Center of Southern Nevada
Malcolm Cisneros
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(0)-1947

13-24173